OPINION — AG — ** COUNTY CLERK — FILING — DEEDS ** (1) A COUNTY CLERK 'CANNOT' RECORD A PLAT MADE PURSUANT TO 63 O.S. 1-910 [63-1-910](B) UNLESS THE INSTRUMENT BEARS THE "APPROVED" STAMP OF THE STATE DEPARTMENT OF HEALTH. (2) THERE IS NO LANGUAGE IN 63 O.S. 1-910 [63-1-910](B) WHICH REQUIRES THAT PLATS MADE IN CONFORMANCE THERETO BE FILED OF RECORD WITH THE COUNTY CLERK. (SEWAGE, PLANNING, SUBDIVIDED, PROPERTY LAND, SUBDIVISION, RECORD, DOCUMENT, FILE, MUNICIPALITY, RECORD INSTRUMENT) CITE: 11 O.S. 41-101 [11-41-101], 63 O.S. 1-910 [63-1-910](B), 71 O.S. 602 [71-602] (BETTY ELROD HUNTER)